COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS


| | | |
|---|---|---|
| BUILDING DYNAMICS & DESIGN LLC and CURTIS BULLOCH, | § | No. 08-24-00369-CV |
| | § | Appeal from the |
| Appellants, | § | 201st District Court |
| v. | § | of Travis County, Texas |
| TOORAK CAPITAL PARTNERS, LLC; SITUS ASSET | § | (TC# D-1-GN-22-000036) |
| MANAGEMENT, LLC; TRAVIS COUNTY EXCHANGE | § | |
| CORPORATION; REVERSE ENTRY-FORWARD EXIT, LLC; | § | |
| AND RE4S, LLC, | § | |
| Appellees. | § | |

## **MEMORANDUM OPINION**

This appeal is before the Court to determine whether it should be dismissed for want of prosecution. Tex. R. App. P. 38.8(a)(1).

Appellants Building Dynamics & Design LLC and Curtis Bulloch's brief was originally due on December 19, 2024, but they have requested and received three extensions.[1] Pursuant to

---

[1] Appellant Building Dynamics & Design LLC was briefly unrepresented. During that time, we granted Appellant Curtis Bulloch's third extension request on February 20, 2025, extending the deadline to March 7, 2025. Although Building Dynamics & Design LLC did not formally receive a third extension, its brief was due on February 17, 2025, and has been left pending during Bulloch's third extension. We cautioned Bulloch in our order granting his third extension that Building Dynamics & Design LLC would require representation if it wished to file an appellate brief.

this Court's policy governing extension requests, in granting their third request, we cautioned Appellants that "FURTHER REQUESTS FOR EXTENSIONS OF TIME FOR THIS FILING WILL NOT BE CONSIDERED."

Nonetheless, Appellants filed a fourth motion for extension, requesting an additional 30 days, which we denied by order dated March 27, 2025. In that order, we gave Appellants a final opportunity to file a brief no later than April 9, 2025. *See* Tex. R. App. P. 42.3(a) (authorizing dismissal of a civil appeal for want of prosecution after giving at least ten days' notice to the parties). On April 9, 2025, Appellants submitted a brief, but the Clerk of this Court rejected the filing for noncompliance with the Texas Rules of Appellate Procedure. The Clerk gave Appellants 48-hours to cure the defects and resubmit the document, but no corrected filing was timely made. Accordingly, we dismiss this appeal for want of prosecution. Tex. R. App. P. 38.8(a)(1); 42.3(a).

MARIA SALAS MENDOZA, Chief Justice

April 15, 2025

Before Salas Mendoza, C.J., Palafox and Soto, JJ.